INGRAHAM, P. J., McLAUGHLIN and CLARKE, JJ., concurred; DOWLING, J., dissented.

Order reversed, with ten dollars costs and disbursements, and motion granted as indicated in opinion.

---

LEO OPPENHEIMER, as Trustee in Bankruptcy of the Estate of FRANK SQUIER, Respondent, *v.* CARABAYA RUBBER AND NAVIGATION COMPANY, Appellant, Impleaded with HERMAN D. SELLECK, Defendant. (No. 2.)

First Department, July 7, 1911.

See head note in *Oppenheimer* v. *Carabaya Rubber & Nav. Co., No. 1* (*ante*, p. 830).

APPEAL by the defendant, Carabaya Rubber and Navigation Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 17th day of March, 1911, directing that the issues raised by the pleadings herein be sent to the Special Term for trial, and denying the said defendant's motion for a stay.

*William M. Bennett*, for the appellant.

*Abram I. Elkus*, for the respondent.

PER CURIAM:

For the reasons given in *Oppenheimer* v. *Carabaya Rubber & Nav. Co.,* *No. 1* (145 App. Div. 830), decided herewith, the order appealed from will be reversed, with ten dollars costs and disbursements, and the motion granted.

Present — INGRAHAM, P. J., McLAUGHLIN, CLARKE, SCOTT and DOWLING, JJ.; DOWLING, J., dissented.

Order reversed, with ten dollars costs and disbursements, and motion granted as indicated in opinion.